UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOKIO MARINE SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LAGUNA BEACH,<br><br>Defendant.<br>―――――――――――――――――<br>AND RELATED COUNTER-CLAIM | CASE NO. 8:17-cv-00277-JLS (ADSx)<br><br>**PROTECTIVE ORDER**<br><br><br><br><br><br>Action filed: February 15, 2017 |

1
PROTECTIVE ORDER

Having reviewed the Stipulated Protective Order filed by Plaintiff and Counter-Defendant Tokio Marine Specialty Insurance Company and Defendant and Counterclaimant City of Laguna Beach, and good cause appearing therefor, IT IS HEREBY ORDERED that the terms and conditions of the Stipulated Protective Order shall govern the exchange of confidential information in this matter.

Dated: July 27, 2020          /s/ Autumn D. Spaeth
                              UNITED STATES MAGISTRATE JUDGE