JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOKIO MARINE SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LAGUNA BEACH,<br><br>Defendant.<br><br>CITY OF LAGUNA BEACH,<br><br>Counter-Claimant,<br><br>v.<br><br>TOKIO MARINE SPECIALTY INSURANCE COMPANY,<br><br>Counter-Defendant. | CASE NO. 8:17-cv-00277-JLS-ADS<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE (DOC. 87)** |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the Stipulation by and between Plaintiff and Counter- |
| 3 | Defendant Tokio Marine Specialty Insurance Company and Defendant and |
| 4 | Counter-Claimant City of Laguna Beach, the entire action is herewith dismissed |
| 5 | *with prejudice* in accordance with FRCP 41(a)(1)(A)(ii).  Each Party to bear its |
| 6 | own fees and costs |
| 7 | **IT IS SO ORDERED.** |
| 10 | Dated:  September 08, 2020          By: _____ |
| 11 | Hon. Josephine L. Staton |
|    | United States District Court Judge |